R. BRIAN DIXON, Bar No. 076247
bdixon@littler.com
KURT R. BOCKES, Bar No. 171647
kbockes@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD COLEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>APL LOGISTICS WAREHOUSE MANAGEMENT SERVICES, INC., a corporation,<br><br>Defendant. | Case No. 2:19-CV-01144-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: June 21, 2019<br>Judge: Hon. John A. Mendez<br>Dept: 6, 14th Floor |

Pursuant to Rule 6 of the Federal Rule of Civil Procedure and Local Rule 144, Plaintiff, Ronald Coleman ("Plaintiff"), and Defendant, APL Logistics Warehouse Management Services, Inc. ("Defendant"), by and through their respective counsel, stipulate as follows:

Plaintiff filed his Complaint in this matter on June 21, 2019, and served Defendant with a Summons and Complaint on June 26, 2019.

On July 9, 2017, Plaintiff and Defendant jointly stipulated to a 21-day extension of time for Defendant to respond to Plaintiff's Complaint to August 7, 2019.

On August 2, 2019, Defendant filed a Consent Order Granting Substitution of Attorney, giving notice that Defendant substitutes R. Brian Dixon of Littler Mendelson, PC as counsel of record in place of Sarah Zenewicz of Ogletree, Deakins, Nash, Smoak & Steward, P.C.

On August 2, 2019, Plaintiff and Defendant met and conferred and agreed that the time for Defendant to file a responsive pleading to Plaintiff's Complaint is further extended to August 14, 2019.

IT IS SO STIPULATED.

Dated: August 2, 2019

*/s/ John P. Briscoe*
WILLIAM J. GORHAM
NICIOLAS J. SCARDIGLI
ROBERT J. WASSERMAN
JOHN P. BRISCOE
RACHAEL ALLGAIER
Attorneys for Plaintiff and the Putative Class

[Parties' signatures continue on following page.]

Stipulation and Proposed Order to Extend
Time to Respond to Complaint
2.
(NO. 2:19-CV-01144-JAM-KJN)

Dated: August 2, 2019

                                            */s/ R. Brian Dixon*
R. BRIAN DIXON
KURT R. BOCKES
LITTLER MENDELSON, P.C.
Attorneys for Defendant
APL LOGISTICS WAREHOUSE
MANAGEMENT SERVICES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 6, 2019      /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:165509709.1 999999.1879

Stipulation and Proposed Order to Extend Time to Respond to Complaint   3.   (NO. 2:19-CV-01144-JAM-KJN)

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940