1  | **MAYALL HURLEY P.C.**
   | **ROBERT J. WASSERMAN (SBN:  258538)**
2  | **rwasserman@mayallaw.com**
   | **WILLIAM J. GORHAM (SBN:  151773)**
3  | **wgorham@mayallaw.com**
   | **NICHOLAS J. SCARDIGLI (SBN:  249947)**
4  | **nscardigli@mayallaw.com**
   | **JOHN P. BRISCOE (SBN:  273690)**
5  | **jbriscoe@mayallaw.com**
   | **RACHAEL ALLGAIER (SBN: 318664)**
6  | **rallgaier@mayallaw.com**
   | **2453 Grand Canal Boulevard**
7  | **Stockton, California 95207-8253**
   | **Telephone:  (209) 477-3833**
8  | **Facsimile:  (209) 473-4818**
9
10 | **Attorneys for Plaintiff Ronald Coleman and the Putative Class**

11 | **UNITED STATES DISTRICT COURT**

12 | **EASTERN DISTRICT OF CALIFORNIA**

13

14 | **RONALD COLEMAN, an individual,**              | **Case No.:   2:19-CV-01144-JAM-KJN**

15 |                 **Plaintiff,**                  | **STIPULATION RE FILING OF FIRST AMENDED COMPLAINT;     ORDER**

16 | **vs.**

17 | **APL LOGISTICS WAREHOUSE**
   | **MANAGEMENT SERVICES, INC., a**
18 | **corporation;**

19 |                 **Defendant.**

20

21 |        Plaintiff Ronald Coleman ("Plaintiff") and Defendant APL Logistics Warehouse

22 | Management Services, Inc. ("Defendant") hereby stipulate that Plaintiff shall have leave to file the

23 | First Amended Complaint, which is attached to this stipulation as **Exhibit A**.

24 | ///

25 | ///

26 | ///

27 | ///

28 | Stipulation Re Filing of First Amended Complaint; [Proposed] Order
   | Page 1 of 3

1   **DATED:** August 12, 2019          **MAYALL HURLEY P.C.**

2

3                            By        */s/ John P. Briscoe*

                                   ROBERT J. WASSERMAN

4                                    WILLIAM J. GORHAM

                                   NICHOLAS J. SCARDIGLI

5                                    JOHN P. BRISCOE

                                   RACHAEL ALLGAIER

6                                    Attorneys for Plaintiff

7                                    RONALD COLEMAN

8   **DATED:** August 12, 2019          **LITTLER MENDELSON, P.C.**

9

10                            By        */s/ Kurt R. Bockes*

                                   R. BRIAN DIXON

11                                    KURT R. BOCKES

                                   Attorneys for Defendant

12                                    APL LOGISTICS WAREHOUSE

                                   MANAGEMENT SERVICES, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Stipulation Re Filing of First Amended Complaint; [Proposed] Order

     Page 2 of 3

1

<u>**ORDER**</u>

2

3       Having reviewed the terms of the parties' above stipulation, and for good cause showing, IT

4    IS HEREBY ORDERED that Plaintiff may file the First Amended Complaint (submitted as

     Exhibit A to the aforementioned stipulation), and that it shall be deemed filed and served as of the
5
     date of this order.
6
         IT IS SO ORDERED.
7

8

     **DATED:  August 12, 2019**            /s/ John A. Mendez
9                                           UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28