1

**MAYALL HURLEY P.C.**
**ROBERT J. WASSERMAN (SBN:  258538)**

2

rwasserman@mayallaw.com
**JOHN P. BRISCOE (SBN:  273690)**

3

jbriscoe@mayallaw.com
**RACHAEL ALLGAIER (SBN: 318664)**

4

rallgaier@mayallaw.com
**2453 Grand Canal Boulevard**

5

**Stockton, California 95207-8253**
**Telephone:  (209) 477-3833**

6

**Facsimile:  (209) 473-4818**

7

8

**Attorneys for Plaintiff Ronald Coleman and the Putative Class**

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| **RONALD COLEMAN, an individual,** | **Case No.:   2:19-CV-01144-JAM-KJN** |
|     **Plaintiff,** | **STIPULATION RE CONTINUANCE OF FINAL** |
| **vs.** | **APPROVAL HEARING; ORDER** |
| **APL LOGISTICS WAREHOUSE** | |
| **MANAGEMENT SERVICES, INC., a** | |
| **corporation;** | |
|     **Defendant.** | |

12

13

14

15

16

17

18

19

      WHEREAS, the above-captioned Court preliminarily approved a class action settlement on

20

June 16, 2020 (Document 25);

21

      WHEREAS, in that Order Granting Preliminary Approval, the Court set a final approval

22

hearing for September 15, 2020, and ordered that Plaintiff's motions for final approval and fees,

23

costs, et al. be filed on or before August 25, 2020;

24

      WHEREAS, in accordance with the Order Granting Preliminary Approval, Class Notices

25

were sent to Class Members on July 21, 2020;

26

27

28

---

1   WHEREAS, the aforementioned Class Notice informed Class Members that the Final

2   Approval Hearing was scheduled for September 15, 2020, but that it could be continued without

3   notice (see Document 21, p. 61);

4   WHEREAS, any responses from Class Members (e.g., objections or opts-out) must, per the

5   Class Notice, be postmarked by September 4, 2020;

6   WHEREAS, due to an unfortunate calendaring error for which Class Counsel takes full

7   responsibility, Class Counsel will not be able to receive a full report and declaration from the

8   Claims Administrator by August 25, 2020, inasmuch as objections and opt outs may be postmarked

9   through September 4, 2020, and Class Counsel will therefore be unable to accurately brief the

10  Court as to the response (i.e., the number of objections and opts-out) from Class Members by the

11  previously established filing date of August 25, 2020;

12  IT IS HEREBY STIPULATED that the Final Approval Hearing, presently set for

13  September 15, 2020, be continued for a period of three weeks or more, as fits the Court's calendar,

14  and that the deadline for Plaintiff and Class Counsel for file their motions for final approval and

15  fees, costs, et al. be similarly continued for an equal period of time.

16  ///

17  **DATED:**  August 20, 2020                    **MAYALL HURLEY P.C.**

18

19                                      By_____*/s/ John P. Briscoe*_____

20                                            ROBERT J. WASSERMAN
                                            WILLIAM J. GORHAM
21                                            NICHOLAS J. SCARDIGLI
                                            JOHN P. BRISCOE
22                                            RACHAEL ALLGAIER
                                            Attorneys for Plaintiff
23                                            RONALD COLEMAN

24

25

26

27

28

**DATED:** August 20, 2020                    **LITTLER MENDELSON, P.C.**


By     */s/ R. Brian Dixon*
                  R. BRIAN DIXON
                  KURT R. BOCKES
                  Attorneys for Defendant
                  APL LOGISTICS WAREHOUSE
                  MANAGEMENT SERVICES, INC.

<u>**ORDER**</u>

Having reviewed the terms of the parties' above stipulation, and for good cause showing, IT IS HEREBY ORDERED that the Final Approval Hearing is hereby continued to October 13, 2020, at 1:30 p.m. in Department 6, 14th Floor of the United States District Court, Eastern District of California, 501 I Street, Sacramento, CA 95814, and that all briefs and materials in support of the Motion for an Order Granting Final Approval of Class Action Settlement and Entering of Judgment and Application or Motion for Attorneys' Fees and Costs shall be filed with this Court on or before September 22, 2020.

IT IS SO ORDERED.


**DATED:  August 20, 2020**              */s/ John A. Mendez*
                                     UNITED STATES DISTRICT COURT JUDGE